HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
HANNAH LAFOND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HANNAH LAFOND,<br><br>Defendant. | Case No. 1:23-cr-00108-JLT-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:   October 4, 2023<br>Time:   1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Special Assistant United States Attorney Dennis Lewis, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Hannah Lafond, that the Court may continue the status conference currently scheduled for August 30, 2023, at 1:00 p.m. to October 4, 2023, at 1:00 p.m. before the Honorable Sheila K. Oberto.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a status conference on August 30, 2023.

2. The government has produced initial discovery, consisting of 216 Bates-marked items.

3. The parties are in the midst of plea negotiations.

4. Defense counsel requires time to consult with her client regarding her options.

5. Defense counsel believes that failure to grant the above-requested continuance

would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the requested continuance.

7. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 30, 2023, to October 4, 2023, inclusive, is excludable pursuant to 18 U. S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 22, 2023        */s/ Dennis Lewis*
                             DENNIS LEWIS
                             Special Assistant United States Attorney
                             Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: August 22, 2023        */s/ Erin Snider*
                             ERIN SNIDER
                             Assistant Federal Defender
                             Attorney for Defendant
                             HANNAH LAFOND

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for August 30, 2023, at 1:00 p.m. is hereby continued to October 4, 2023, at 1:00 p.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 30, 2023, to October 4, 2023, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Date: 8/25/2023

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge