1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   HANNAH LAFOND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00108-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| HANNAH LAFOND, | Date:  November 15, 2023 |
| Defendant. | Time:  1:00 p.m. |
| | Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Special Assistant United States Attorney Dennis Lewis, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Hannah Lafond, that the Court may continue the status conference currently scheduled for November 1, 2023, at 1:00 p.m. to November 15, 2023, at 1:00 p.m. before the Honorable Sheila K. Oberto.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a status conference on November 15, 2023.

2. The government has produced initial discovery, consisting of 216 Bates-marked items.

3. Defense counsel is awaiting a plea offer from the government.

4. Once a plea offer is received, defense counsel will require time to consult with her

1  client regarding her options

2  5. Defense counsel believes that failure to grant the above-requested continuance

3  would deny her the reasonable time necessary for effective preparation, taking into account the

4  exercise of due diligence.

5  6. The government does not object to the requested continuance.

6  7. Based on the above-stated findings, the ends of justice served by continuing the

7  case as requested outweigh the interest of the public and the defendant in a trial within the

8  original date prescribed by the Speedy Trial Act.

9  8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10  *et seq.*, within which trial must commence, the time period of November 1, 2023, to November

11  15, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

12  **IT IS SO STIPULATED.**

13  Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

16  Date: October 31, 2023      */s/ Dennis Lewis*
DENNIS LEWIS
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

21  Date: October 31, 2023      */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
HANNAH LAFOND

24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

**O R D E R**

The parties each filed a status report stating they are engaged in plea negotiations and require additional time to determine if the matter will be resolved pursuant to a plea agreement. The status conference currently scheduled for November 1, 2023, at 1:00 p.m. is hereby continued to November 15, 2023, at 1:00 p.m. to allow the parties additional time to finalize their negotiations.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of November 1, 2023, to November 15, 2023, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **October 31, 2023**          /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE