```
HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
HANNAH LAFOND
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00108-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; ORDER** |
| vs. | |
| HANNAH LAFOND, | Date: November 27, 2023<br>Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Hannah Lafond, that the Court may vacate the status conference currently scheduled for November 15, 2023, at 1:00 p.m. and set this matter for a change-of-plea hearing on November 27, 2023, at 10:00 a.m. before the Honorable Jennifer L. Thurston.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a status conference on November 15, 2023.

2. The parties have reached a resolution and anticipate that a plea agreement will be filed no later than November 22, 2023.

3. The parties therefore request that the Court vacate the November 15, 2023 status

1  conference and set this matter for a change-of-plea hearing on November 27, 2023.

2      4.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of November 15, 2023, to November 27, 2023, inclusive, is excludable pursuant to 18 U. S. C. § 3161(h)(1)(G) and (h)(7)(B)(iv), as the delay results from defense counsel's need to review the plea agreement with her client and from the court's consideration of the plea agreement.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 8, 2023

*/s/ Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: November 8, 2023

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
HANNAH LAFOND

///
///
///
///
///
///
///
///
///

# O R D E R

**IT IS SO ORDERED.** The status currently scheduled for November 15, 2023, at 1:00 p.m. is vacated. A change of plea hearing is hereby set for November 27, 2023, at 10:00 a.m. before the Honorable Jennifer L. Thurston. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of November 15, 2023, to November 27, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

Date: 11/13/2023

/s/ Sheila K. Oberto
Hon. Sheila K. Oberto
United States Magistrate Judge