HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
HANNAH LAFOND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HANNAH LAFOND,<br><br>Defendant. | Case Nos. 1:23-cr-00108-JLT-SKO and<br>　　　　　　1:23-cr-00084-JLT<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date:　April 1, 2024<br>Time:　9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Hannah Lafond, that the Court may continue the sentencing hearing currently scheduled for March 25, 2024, at 9:00 a.m. to April 1, 2024, at 9:00 a.m. before the Honorable Jennifer L. Thurston.

　　　　On March 19, 2024, defense counsel learned that Ms. Lafond is currently in isolation in the infirmary at the Fresno County Jail. According to Supervisory Deputy U.S. Marshal Garrett Lambert-Martinez, due to Ms. Lafond's current health condition, it is unlikely that she will be available for her March 25, 2024 sentencing hearing. Accordingly, the parties hereby request that the Court continue the hearing to April 1, 2024, at 9:00 a.m.

　　　　**IT IS SO STIPULATED.**

///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| Date: March 20, 2024 | */s/ Dennis Lewis*<br>DENNIS LEWIS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: March 20, 2024 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>HANNAH LAFOND |

**O R D E R**

The sentencing hearing currently scheduled for March 25, 2024, is hereby continued to April 1, 2024, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **March 20, 2024**

UNITED STATES DISTRICT JUDGE